UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

WILLIAM KIRKLAND
1111 Rossmore Ave.
Cincinnati, Ohio 45237
        Plaintiff,

Case No.   C-1-02-364
(Judge)     Weber
Magistrate  Sherman

V.

CHARLIE LUKEN, et al.,
        Defendants,

**PLAINTIFF'S SECOND MOTION
FOR EXTENSION OF TIME
TO FILE AMENDED COMPLAINT
AND SUPPLEMENTAL COMPLAINTS**

Now Comes the Plaintiff, William Kirkland, pro se, Respectfully submitting to this honorable Court a Second Motion for Extension of Time of THIRTY (30) days in which to file an AMENDED COMPLAINT and SUPPLEMENTAL COMPLAINTS

**MEMORANDUM IN SUPPORT**

On May 29, 2003 this honorable Court approved the Calendar Order designating July 31, 2003 as the Deadline for Amended Complaint and adding parties.

Plaintiff William Kirkland intends to file an amended complaint to include claim(s) of Retaliation, and Civil Assault. In addition, adding parties in their individual capacity.

Plaintiff intends to add Supplemental claims of Retaliation as the Plaintiff's and other similarly situated citizens first amendment rights continue to be violated by defendant in Cincinnati City Council chambers. Plaintiff William Kirkland proceeds to Hamilton County Municipal Court for trial and disposition of retaliatory criminal disorderly conduct charges leveled at plaintiff by defendant Mayor Charlie Luken for the

content of his speech in Cincinnati City Council chambers while under the protection of the first and disposition of these retaliatory Hamilton County Municipal Court cases, plaintiff intends to seek a declaratory judgment from this honorable court. Trial date is September 9, 2003. For the foregoing reasons, and without prejudice to defendant, plaintiff seeks a thirty (30) extension in which to fully brief and perfect his amended complaint. Once again Plaintiff does not anticipate any further changes to the Calendar Order issued May 29, 2003.

Respectfully Submitted:
/s/ *[signature]*
WILLIAM KIRKLAND
1111 Rossmore Avenue
Cincinnati, Ohio 45237
513.242.1143 (h)
513.238.3651 (c)
thehonorablewilliamkirkland@hotmail.com

## Certficate of Service

I hereby certify that a copy of the forgoing Second Motion for Extension of Time was hand delivered or sent by regular U.S. mail to Attorney of record Thomas J. Harris, Esq. Or the City Solicitor of the city of Cincinnati or their representatives at 801 Plum Street, Cincinnati, Ohio 45202 this 2nd day of September 2003.

Respectfully Submitted:
/s/ *[signature]*
WILLIAM KIRKLAND
1111 Rossmore Avenue
Cincinnati, Ohio 45237
513.242.1143 (h)
513.238.3651 (c)
thehonorablewilliamkirkland@hotmail.com