**United States District Court**
**Southern District of Ohio**
**Western Division**

William Kirkland,
    Plaintiff                                 No. C-1-02-364

vs.                                          Weber, J.; Sherman, M.J.

Charlie Luken, et al.,
    Defendant                           **ORDER**

On July 31, 2003, Plaintiff filed a Motion for Extension of Time to File Amended Complaint. (Doc. 17). There has been no opposition to this motion. The motion is GRANTED, and Plaintiff shall have 30 days from the date of this order to file his Amended Complaint.

                                       s/Jack Sherman, Jr.
                                       Jack Sherman, Jr.
                                       United States Magistrate Judge