**United States District Court**
**Southern District of Ohio**
**Western Division**

William Kirkland,
    Plaintiff                                    No. C-1-02-364

vs.                                                Weber, J.; Sherman, M.J.

Charlie Luken, et al.,
    Defendant                                   **ORDER**

Plaintiff's motion for extension filed September 2, 2003 (Doc. 23) is MOOT as a result of the order ruling on a previous motion for extension (Doc. 24).

                                                   s/Jack Sherman, Jr.
                                                   Jack Sherman, Jr.
                                                  United States Magistrate Judge