UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

WILLIAM KIRLAND,

    Plaintiff,

  vs.

CHARLIE LUKEN, et al.,

    Defendants.

Civil Action No. C-1-02-0364

Weber, J.
Novotny, M.J.

**ORDER TO SHOW CAUSE**

On August 27, 2003, defendants Charlie Luken, Alicia Reese, Thomas Streicher, and Emmett Gladden ("defendants") filed a motion for summary judgment pursuant to Fed. R. Civ. P. 56 (*See* Doc. 18). Under S.D.Ohio Civ. R. 7.2(a)(2), an opposition memorandum "shall be served and filed within twenty-one (21) days from the date of service set forth in the certificate of service attached to the Motion." No opposition memorandum has yet been filed in this case, even though more than twenty-one days have passed since the service date referenced in the motion.

Plaintiff, therefore, is **ORDERED TO SHOW CAUSE,** in writing and within **FIFTEEN DAYS** of the filing date of this Order, why defendants' motion for summary judgment should not be construed as unopposed, and granted as filed. *See Link v. Wabash*

*R.R. Co.*, 370 U.S. 626, 630-31 (1962); *Walker v. Dallman*, No. 92-3817, 1993 U.S. App. LEXIS 4661, at *3-4 (6th Cir. Mar. 4, 1993).

    **IT IS SO ORDERED.**


**DATE:  11/12/2003**　　　　　　　　　　　 s/ Susan M. Novotny  
　　　　　　　　　　　　　　　　　　　　Susan M. Novotny  
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge