**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

William Kirkland
13J5 Compton Rd
Cinti, OH 45231

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X William Kirkland    ☐ Agent
                      ☐ Addressee

B. Received by ( Printed Name)        C. Date of Delivery

William Kirkland

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)              ☐ Yes

2. Article Number
   (Transfer from service label)      7001 2510 0008 6348 9121

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540