HAMILTON COUNTY
MUNICIPAL COURT

| | |
|---|---|
| **STATE OF OHIO**<br>**Plaintiff,** | **CASE NO. 01/CRB/17165** |
| **Vs.** | **(Judge BLACK)** |
| **WILLIAM KIRKLAND**<br>**Defendant.** | **EXPEDITED**<br>**MOTION TO RELEASE**<br>**DEFENDANT'S EVIDENCE** |

*REQUEST HEARING MONDAY JANUARY 26, 2004  09:A.M..*

    Now comes Defendant, William Kirkland, pro se, respectfully requesting this Court to expeditiously release defendant's evidence submitted to this court.

    The evidence includes but may not be limited to: a May 23, 2001 copy of the City of Cincinnati City Council session, a copy of the Rules governing Cincinnati City Council public speakers, and certified or original copies of the speakers cards, and including any other evidence of defendant's submitted to this Court.

    Defendant Kirkland needs the evidence in order that it may be submitted to the United States District Court for the Southern District of Ohio in defense of a pending Motion for Summary Judgment in the matter of *William Kirkland v. Mayor Charlie Luken, et al., C-1-02-364*

Respectfully Submitted:
William Kirkland
1335 Compton Road #6
Cincinnati, Ohio 45231
513.921.4472
e-mail: thehonorablewilliamkirkland@hotmail.com

**CERTIFICATE OF SERVCIE**

I hereby certify that a copy of the foregoing expeditious motion will be mailed by regular mail this 23, day of January to the City Prosecutor,(Terrence Cosgrove) Criminal Division, 801 plum Street, City Hall, Cincinnati, Ohio 45202.

Respectfully Submitted:
William Kirkland
1335 Compton Road #6
Cincinnati, Ohio 45231