UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

WILLIAM KIRKLAND,

    Plaintiff,

                                                                                      Civil Action No. C-1-02-0364

vs.

CHARLIE LUKEN, et al.,

    Defendants.

                                                                                       Weber, J.
                                                                                       Perelman, M.J.

**ORDER DENYING: (1) PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO SUPPLEMENT THE RECORD (Doc. 30); AND (2) PLAINTIFF'S SECOND REQUEST TO UNSEAL CRIMINAL TRANSCRIPTS (Doc. 30)**

    This matter is before the Court on plaintiff's *pro se* motion for an extension of time to supplement the record with documents in support of his memorandum in opposition to defendants motion for summary judgment and his second motion to unseal criminal transcripts. (Doc. 30). Defendants motion for summary judgment was filed on August 26, 2002. (Doc. 18). Plaintiff did not respond to the motion and a Show Cause Order was issued on November 12, 2003. (Doc. 27). On December 31, 2003, plaintiff filed a motion for an extension of time in which to respond to the Show Cause Order. (Doc. 28).

    Although untimely, the Court vacated the Show Cause Order and granted plaintiff's motion for an extension of time. (Doc. 29). Plaintiff filed his opposition memorandum on January 23, 2004, nearly five months after the filing of defendants motion. (Doc. 30). The Court finds that plaintiff has had ample time in which to gather evidence in order to

respond to defendants motion. Accordingly, plaintiff's motion for an extension of time is denied.

Additionally, plaintiff's second motion to unseal criminal transcripts is also denied for the reasons stated in the Court's Order denying his first motion. (Doc. 29).

**IT IS SO ORDERED.**

                                            s/ David S. Perelman
                                            David S. Perelman
                                            United States Magistrate Judge