• Sender: Please print your name, address, and ZIP+4 in this box •

OFFICE OF THE CLERK
U.S. DISTRICT COURT
Rm. 326, U.S. Courthouse
5th & Walnut Streets
Cincinnati, Ohio 45202

C-1-02-364 (Docs 31-32) Reissue

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Willi...   C. Date of Delivery: 3.11.04<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br>[MAR 11 2004 CINCINNATI USPS stamp] |
| 1. Article Addressed to:<br><br>William - Kirkland<br>c/o Christie Hendley<br>2720 Price # 5<br>Cincinnati, OH 45204 | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 0500 0002 0889 9629 |
| PS Form 3811, August 2001 | Domestic Return Receipt    102595-02-M-1540 |