**U.S. Postal Service™**

**CERTIFIED MAIL™ RECEIPT**

*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postmark
Here

Postage | $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees | $

Sent To  **William - Kirkland**
          **c/o Christie Hendley**

Street, Apt. No.;
or PO Box No.  **2720 Price # 5**

City, State, ZIP+4  **Cincinnati, OH 45204**

7003  0500  0002  0880  6296
7003  0500  0002  0880  6296

**CERTIFIED MAIL™**

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE