UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**WILLIAM KIRKLAND**  
C/o Christi Hendley  
2720 Price Ave.  
Cincinnati, Ohio 45204  
    Plaintiff,

Case No.   C-1-02-364  
Judge     Weber  
Magistrate   Perleman

V.

**MAYOR CHARLIE LUKEN, et al.,**  
    Defendants,

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO REPORT AND RECOMMENDATIONS

Now Comes the Plaintiff, William Kirkland, pro se, respectfully submitting to this honorable Court a Motion for Extension of Time of seven (7) days up to and including Monday March 1, 2004 in which to file his Objections to this honorable Court's Report and Recommendations.

### MEMORANDUM IN SUPPORT

This honorable Court has issued a Report and Recommendation signed by Judge David Perelman on 2/10/04 and entered on 2/11/04. (Doc.32) Pursuant to Fed. R. Civ. P. 72(b), any objections to this Report and Recommendations are to be filed this 23rd day of February 2004. Plaintiff hereby submits a timely motion for an additional time of seven (7) days up to and including Monday March 1, 2004 in which to file his objections to this Report and Recommendation. Plaintiff's objections are under construction and nearly complete. However pro se plaintiff

needs the additional time to fully brief the "objections". Among other things the defendant's have apparently inadvertently submitted rules of council not in effect or relevant at the time of the instant actions. See *Wysinger v. City of Benton 968 F. Supp. 349, 353* "the question of whether an official may nevertheless be held personally liable for an allegedly unlawful action turns on the objective legal reasonableness of the action assessed in light of the legal rules as they existed at the time the action was taken" *Stack v. Killian, 96 F. 3d 159, 161 (6th Cir. 1996) (citing Harlow, 457 U.S. at 818-19, 102 S. Ct. at 2738-39).* Plaintiff's objections are not limited to this issue. Accordingly plaintiff request an extension of time.

Respectfully Submitted:
/s/ [signature]
WILLIAM KIRKLAND
C/o Christie Hendley
2720 Price # 5
Cincinnati, Ohio 45204
513.921.4472

e-mail: thehonorablewilliamkirkland@hotmail.com

### Certficate of Service

I hereby certify that a copy of the forgoing Motion for Extension of Time was hand delivered or sent by regular U.S. mail to Attorney of record Thomas J. Harris, Esq. Or the City Solicitor of the city of Cincinnati or their representatives at 801 Plum Street, Cincinnati, Ohio 45202 this 23rd day of February 2004

Respectfully Submitted:
/s/ [signature]
WILLIAM KIRKLAND
C/o Christie Hendley
2720 Price # 5
Cincinnati, Ohio 45204
513.921.4472