IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

WILLIAM KIRKLAND,
        Plaintiff

v                                    Civil C-1-02-364

MAYOR CHARLIE LUKEN,

        Defendant.

## ORDER

Plaintiff's Motion for Extension of Time (#33) is GRANTED. Plaintiff shall file his Response and/or Objection to the Report and Recommendation on or before March 1, 2004.

**IT IS SO ORDERED.**

                                       **s/Herman J. Weber**
                                    Herman J. Weber, Senior Judge
                                    United States District Court

*Rev.5/01*