FILED
JAMES BONINI
CLERK

04 MAR -1 PM 5: 15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **WILLIAM KIRKLAND**<br>C/o Christi Hendley<br>2720 Price Ave.<br>Cincinnati, Ohio 45204<br>**Plaintiff,** | Case No.   C-1-02-364<br>Judge       Weber<br>Magistrate  Perleman |

V.

**MAYOR CHARLIE LUKEN, et al.,**
     **Defendants,**

### PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME OF TWO ADDITIONAL DAYS TO FILE OBJECTIONS TO REPORT AND RECOMMENDATIONS

Now Comes the Plaintiff, William Kirkland, pro se, respectfully submitting to this honorable Court a Second Motion for Extension of Time of seven ((2) days up to and including Wednesday March 3, 2004 in which to file his Objections to this honorable Court's Report and Recommendations.

### MEMORANDUM IN SUPPORT

Plaintiff hereby submits a timely motion for an additional time of two(2) days up to and including Wednesday March 3, 2004 in which to file his objections to this Report and Recommendation. Plaintiff's objections, and research is complete. Plaintiff simply needs the additional time to finish formatting the brief in an acceptable readable form in order to highlight his "objections". With appropriate law and argument. Plaintiff is attempting to contact defendants' counsel, Attorney Thomas Harris in order to notify counsel of the two day time extension. Plaintiff needs the two days in order to preserve his rights in the event

this case goes to appeal a accordance with Thomas v. Arn, 474 U.S. 140 (1985); United States v. Walters, 638 F. 2d 947 (6th Cir. 1981). Additionally plaintiff feels an evidentiary hearing may be in order in accordance with respect to defendants' in advertly submitting Rules of Council not in effect at this time of the alleged constitutional violations in this case. See S.D. Ohio L.R. Rule 7.1 (b)(1) plaintiff will fully brief these matters in his Objections to R&R.. It is significant to note this case is not simply about prohibitive conduct during speech,, but it is about free speech violations that are ongoing and continuous for this plaintiff as well as other citizens who attend Cincinnati City Council meetings with irreparable injury concerning free speech. For the foregoing reasons and the significance of this case plaintiff request the two (2) extension. There is no prejudice to defendants.

Respectfully Submitted:
/s/ [signature]
WILLIAM KIRKLAND
C/o Christie Hendley
2720 Price # 5
Cincinnati, Ohio 45204
513.307.5832

### Certficate of Service

I hereby certify that a copy of the forgoing Second Motion for Extension of Time was hand delivered to Attorney of record Thomas J. Harris, Esq. Or the City Solicitor of the city of Cincinnati at 801 Plum Street, Cincinnati, Ohio 45202 this 1 day of March 2004.

Respectfully Submitted:
/s/ [signature]
WILLIAM KIRKLAND
C/o Christie Hendley
2720 Price # 5
Cincinnati, Ohio 45204
513.307.5832