CLERK'S OFFICE OF THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
CINCINNATI, OHIO 45202-3988

OFFICIAL BUSINESS

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN    ☑ OTHER
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
   - UNABLE TO FORWARD

**RTS** RETURN TO SENDER



CINCINNATI, OH 45231

☐ MOVED, LEFT NO ADDRESS
☐ FORWARDING ORDER EXPIRED
☐ ATTEMPTED - NOT KNOWN
☐ UNCLAIMED  ☐ REFUSED
☐ NO SUCH NUMBER/ STREET
☐ INSUFFICIENT ADDRESS

RETURNED TO SENDER

**RECEIVED**

MAR 0 3 2004

**JAMES BONINI, Clerk**
CINCINNATI, OHIO

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN    ☑ OTHER
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
   - UNABLE TO FORWARD

**RTS** RETURN TO SENDER

7003 2260 0002 6723 3968

CERTIFIED MAIL

1:02cv364
doc#'s 31+32

FEB 2004

H METER