Thomas J. Harris III (0065946)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **WILLIAM KIRKLAND** | : | Case No: C-1-02-364 |
| | : | (Judge Weber) |
| **Plaintiff,** | : | |
| | : | **CHARLIE LUKEN ET AL.'S** |
| Vs. | | **MOTION FOR EXTENSION OF TIME** |
| | : | **TO FILE A RESPONSE TO PLAINTIFF'S** |
| | | **OBJECTIONS TO THE MAGISTRATE'S** |
| **CHARLIE LUKEN, ET AL** | : | **REPORT & RECOMMENDATION** |
| **801 Plum Street** | | |
| **Cincinnati, Ohio 45202** | : | |
| **Defendant** | : | |

The City of Cincinnati et al, respectfully request a one week extension to file a Response to Plaintiff's Objections to the Magistrate's Report & Recommendation Granting Summary Judgment for Charlie Luken et al. until March 23, 2004. Attorney for the City of Cincinnati, et al. has been in trial for the last two weeks and has been unable to properly prepare a Response.

Respectfully submitted,
J. Rita McNeil
City Solicitor

*/s/ Thomas J. Harris*
Thomas J. Harris (0065946)
Assistant City Solicitor
Room 214, City Hall
Cincinnati, Ohio 45202
(513) 352-3321
FAX: 513. 352.1515
Email: tom.harris@cincinnati-oh.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Motion has been sent by regular U.S. Mail to William Kirkland, 2720 Price Apt. #5, Cincinnati, Ohio 45204 this 16th day of March 2004.

/s/ Thomas J. Harris
Thomas J. Harris (0065946)