IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

WILLIAM KIRKLAND,

      Plaintiff

v                                       Civil C-1-02-364

CHARLIE LUKEN, et al,

      Defendant.

## ORDER

Parties are advised that the above styled case is SCHEDULED for a Hearing on Friday, June 5, 2004 at 1:30 p.m.

The Court will at that time hear the Objections to the Report and Recommendation.

Plaintiff is advised that failure to appear may result in dismissal of this action.

**IT IS SO ORDERED.**

_____
Herman J. Weber, Senior Judge
United States District Court

Rev.5/01