**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

Postage $

Certified Fee

Postmark
Here

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $

Sent To: Wm. Kirkland
Street, Apt. No.; c/o Christie Hensley
or PO Box No. 2720 Price #5
City, State, Zip+4 Cin. OH 45204

7001 2510 0009 9459 8478
7001 2510 0009 9459 8478