

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Jim Kal_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Jim K. Kirkland
C. Date of Delivery: 5.5.04

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Wm. Kirkland
c/o Christie Hendley
2720 Price #5
Cin OH 45204

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7001 2510 0008 6348 8148

PS Form 3811, August 2001  Domestic Return Receipt  102595-02-M-154