IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

WILLIAM KIRKLAND,

    Plaintiff

v                                        Civil C-1-02-364

CHARLIE LUKEN, et al,

    Defendant.

### AMENDED ORDER

Parties are advised that the Order (#41) entered by this Court on April 30, 2004 is hereby **AMENDED** to reflect that the Hearing on the Objections to the Report and Recommendation will be held on **FRIDAY, JUNE 11, 2004 AT 1:30 P.M.**

**IT IS SO ORDERED.**

                                             **S/Herman J. Weber**
                                        Herman J. Weber, Senior Judge
                                          United States District Court

*Rev.5/01*