IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KIRKLAND,

       Plaintiff

v                              Civil C-1-02-364

LUKEN,

       Defendant.

### ORDER

Parties are advised that the Hearing scheduled for June 11, 2004 is RESCHEDULED to TUESDAY, June 15, 2004 at 1:30 P.M.

**IT IS SO ORDERED.**

                                    **s/Herman J. Weber**
                          Herman J. Weber, Senior Judge
                            United States District Court

*Rev.5/01*