```
             UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF OHIO
                   WESTERN DIVISION
```

WILLIAM KIRLAND,

        Plaintiff

v                                                 Civil: C-02-364

CHARLIE LUKEN, et al,

        Defendant

### ORDER OF REFERENCE - CIVIL CASE

Pursuant to Western Division Rule 1, and 28 U.S.C. § 636, Timothy s. Hogan, United States Magistrate, is hereby appointed to rule upon all nondispositive pretrial motions, to report to the Court his recommended disposition of all dispositive pretrial motions, to serve as Special Master for a non-jury trial where the parties consent thereto or where an exceptional condition exists, and to report to the Court his recommended decision in this action; to preside at a jury trial where the parties consent thereto, and to enter final judgment where the parties consent thereto.

The Magistrate is further appointed to hear and determine all post-trial motions.

**IT IS SO ORDERED.**

                                                           s/Herman J. Weber

                                                    Herman J. Weber, Senior Judge
                                                    United States District Court