UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

## CIVIL MINUTES - HEARING ON REPORT AND RECOMMENDATION

WILLIAM KIRKLAND
    v.                                               CIVIL ACTION: C-1-02-364
CHARLIE LUKEN, MAYOR OF
CINCINNATI, et al.
--------------------------------------------------------------------------------------------------------------------------

COURT PERSONNEL PRESENT:

HONORABLE HERMAN J. WEBER

Law Clerk Laura Ahern

Court Reporter Julie A. Wolfer Official)

Courtroom Deputy Betsi Brockmeier

PRESENT:

FOR PLAINTIFF: Pro Se
FOR DEFENDANTS: Thomas J. Harris, III

DATE: Tuesday, June 15, 2004
TIME: 1:30 p.m. - 2:15 p.m.

**DOCKET ENTRY**:

Case called before J. Weber for hearing on objections to Report and Recommendation. **Matter recessed until further order of the court. Order to issue.**


J:\DOCUMENT\KAREN\CIVIL\HEARINGS\02-364.wpd