UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

WILLIAM KIRKLAND,

       Plaintiff,

v.                                 Case No. C-1-02-364

CHARLIE LUKEN, et al.,

       Defendants.

### ORDER

Pursuant to the record established at the hearing held on June 15, 2004, defendants are hereby granted **14 days** from the date of this Order to respond to plaintiff's motion to amend the complaint (doc. 26). Plaintiff shall have **14 days** after defendants file their response to file a reply in support of his motion. The parties shall report to the Court on the status of the case by **Friday, June 18, 2004.** The hearing is recessed until further Order of the Court.

**IT IS SO ORDERED.**

                                                    _____
                                                    HERMAN J. WEBER
                            SENIOR JUDGE, UNITED STATES DISTRICT COURT

J:\HJWA\02-364misc.wpd