IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**KIRKLAND,**

       **Plaintiff**

v                                                 **Civil: C-1-02-73**

**LUKEN,**

       **Defendant**

### ORDER

**Defendant's Motion for Extension of Time (#47) is GRANTED. Defendant's Response to Plaintiff's Motion to Amend shall be filed on or before July 12, 2004.**

    **IT IS SO ORDERED.**

                                                       **s/Herman J. Weber**
                                                       **Herman J. Weber, Senior Judge**
                                                       **United States District Court**