# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **WILLIAM KIRKLAND,** | : | **Case No. 1:02-cv-364** |
| **Plaintiff,** | : | **Honorable Judge Weber** |
| **vs.** | : | |
| | | **NOTICE OF** |
| **CHARLIE LUKEN, ET AL.,** | : | **SUBSTITUTION OF COUNSEL** |
| **Defendants.** | : | |

Pursuant to United States District Court, Southern District of Ohio Local Rule 4.3(e), now comes Richard Ganulin, Assistant City Solicitor, and hereby gives notice of his substitution for Thomas J. Harris, III, Assistant City Solicitor, as counsel for Defendants Charlie Luken, et al. This substitution is made with the knowledge and consent of Julia L. McNeil, City Solicitor for the City of Cincinnati

Respectfully submitted,

**J. RITA McNEIL (0043535)**
**City Solicitor**

*s/ Richard Ganulin*
**RICHARD GANULIN (0025642-C)**
**Assistant City Solicitor**
214 City Hall
801 Plum Street
Cincinnati, Ohio 45202
(513) 352-3329
richard.ganulin@cincinnati-oh.gov
*Attorney for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify on June 22, 2005, a true and accurate copy of the foregoing Notice of Substitution of Counsel was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed to those parties who are not served via the Court's electronic filing system.  Parties may access this filing through the Court's system.

<u>*s/ Richard Ganulin*</u>
**RICHARD GANULIN (0025642-C)**
**Assistant City Solicitor**