

U.S. Postal Service ™
CERTIFIED MAIL ™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com ®

OFFICIAL USE

| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To
Wm Kirkland c/o C. Hendley

Street, Apt. No.;
or PO Box No. 2720 Price #5

City, State, ZIP+4
Cin OH 45204

PS Form 3800, August 2006

CERTIFIED MAIL™

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7007 0710 0000 8134 2723
7007 0710 0000 8134 2723
7007 0710 0000 8134 2723