**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

**WILLIAM KIRKLAND,**

    **Plaintiff**

**-vs-**                                                                 **Case No.     C-1-02-364**

**MAYOR CHARLIE LUKEN, et al,**

    **Defendant,**

---

**JUDGMENT IN A CIVIL CASE**

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

    **IT IS ORDERED AND ADJUDGED**

**Defendants' Summary Judgment Motion is Granted. Judgment is entered in defendants' favor. This case is Terminated on the docket of this Court.**

Date:  March 6, 2008                                              JAMES BONINI., CLERK

                                                                                 By:s/   Darlene Maury
                                                                                 Darlene Maury, Deputy Clerk